**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

DAVID R. LANGEVIN,

        Plaintiff,

v.

ZIMMER, INC.; ZIMMER HOLDINGS, INC.; WILSON/PHILLIPS HOLDINGS, INC. a/k/a ZIMMER WILSON PHILLIPS, AND ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,

        Defendants.

Case No. 0:11-cv-01123-PJS-AJB

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

---

    Plaintiff David R. Langevin and Defendants Zimmer, Inc., Zimmer Holdings, Inc., Wilson/Phillips Holdings, Inc. a/k/a Zimmer Wilson Phillips, and Zimmer Surgical, Inc. f/k/a Zimmer Orthopaedic Surgical Products, Inc., by and through their undersigned counsel, hereby stipulate and agree that the Defendants may have until Monday, June 20, 2011, to answer or otherwise respond to Plaintiff's Complaint.

Dated:  May 27, 2011.

Respectfully submitted, stipulated, and agreed to by:

| | |
|---|---|
| ___s/David M. Langevin___<br>David M. Langevin (#329563)<br>dave@mcfay.com<br>Michael J. Fay (#267557)<br>MCSWEENEY & FAY, P.L.L.P.<br>2116 Second Avenue South<br>Minneapolis, MN 55404<br>Telephone:  (612) 333-6900<br><br>**Attorneys for Plaintiff** | ___s/Nathan J. Marcusen___<br>Kim M. Schmid (#195613)<br>kim.schmid@bowmanandbrooke.com<br>Nathan J. Marcusen (#0386875)<br>nathan.marcusen@bowmanandbrooke.com<br>BOWMAN AND BROOKE LLP<br>15 South Fifth Street, Suite 3000<br>Minneapolis, Minnesota 55402<br>Telephone:  (612) 339-8682<br>Facsimile:  (612) 672-3200<br><br>**Attorneys for Defendants** |